## KINDEL, ADMINISTRATOR, *v.* FRENCH.

[No. 10,594.   Filed June 22, 1921.]

From Adams Circuit Court; *David E. Smith,* Judge.

Action between Albert S. Kindel, administrator, and Amos French. From the judgment rendered, the former appeals. *Affirmed.*

*Dore B. Erwin* and *William H. Eichhorn,* for appellant.
*A. W. Hamilton* and *C. J. Lutz,* for appellee.

REMY, J.—Affirmed on the authority of *Kindel, Admr.,* v. *French* (1921), 190 Ind. 595, 131 N. E. 227.

## SNYDER *v.* WOOD.

[No. 10,950.   Filed June 22, 1921.]

From Knox Circuit Court; *Thomas B. Coulter,* Judge.

Action between William P. Snyder and Harvey T. Wood. From the judgment rendered, the former appeals. *Affirmed.*

*W. A. Cullop,* for appellant.
*Harry R. Lewis,* for appellee.

PER CURIAM.—Judgment affirmed.

## WEAVER *v.* STEEN SCHOOL TOWNSHIP ET AL.

[No. 10,949.   Filed June 22, 1921.]

From Knox Circuit Court; *Thomas B. Coulter,* Judge.

Action between Samuel S. Weaver and Steen School Township and others. From the judgment rendered, the former appeals. *Affirmed.*

*W. A. Cullop,* for appellant.
*James M. House,* for appellees.

PER CURIAM.—Judgment affirmed.